**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks<br>Court Reporter: Tammy Hoffschildt<br>Probation Officer: MariJo Paul | Date: July 8, 2015<br>Interpreter: Dave Roberts |

**CASE NO. 13-CR-00420-RM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Geoffrey Rieman |
| Plaintiff, | |
| v. | |
| **JOSE DE JESUS ZUNIGA-SILVA**, | Matthew Golla |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**

**COURT IN SESSION: 10:03 a.m.**

Appearances of counsel.  Defendant is present and in custody.

Interpreter is sworn with no challenges to his qualifications.

Defendant entered his plea on March 19, 2015 to Counts 1 and 2 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

Court addresses defendant's objection to the presentence report.

Argument by Mr. Golla in support.

Court states its findings and conclusions.

**ORDERED:**  Defendant's objections are **OVERRULED**.

Page Two
13-CR-00420-RM
July 8, 2015

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court addresses Defendant's Motion for Downward Departure [Docket No. 46]

Argument by Mr. Golla and comments in response to the Court's questions.

Argument by Mr. Rieman and comments in response to the Court's questions.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Court states its findings and conclusions.

**ORDERED:** Government'S Motion for an Additional One-Level Reduction for Acceptance of Responsibility United § 3E1.1 [Docket No. 39], is **GRANTED**.

**ORDERED:** Defendant's Motion for Downward Departure/Variant Sentence [Docket No. 46], is **GRANTED in PART and DENIED in PART.**

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jose de Jesus Zuniga-Silva, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **15** months as to counts 1 and 2, to be served concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **1** year as to count 1 and **3** years as to count 2, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.

Page Three
13-CR-00420-RM
July 8, 2015

- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion to Dismiss Count Three of the Indictment [Docket No. 40], is **GRANTED**.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days after entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess: 11:02 a.m.**
Hearing concluded.
Total time: **59 minutes**